UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DOUGLAS SHARRON PIGGEE, JR.,<br><br>    Defendant. | CASE NO. CR-13-00494 CW<br><br>**ORDER GRANTING REQUEST FOR AUTHORIZATION TO DISCLOSE CERTAIN GRAND JURY MATERIAL PURSUANT TO FED. R. CRIM. P. 6(E)(3)(E)** |

Having considered the United States' Request For Authorization To Disclose Certain Grand Jury Material Pursuant To Fed. R. Crim. P. 6(e)(3)(E) and the applicability of Rule 6(e)(3)(E) of the Federal Rules of Criminal Procedure, it is hereby ORDERED that:

1. The attorneys for the United States may disclose to counsel for Defendant, any grand jury materials that need to be disclosed under normal circumstances pursuant to the Jencks Act, 18 U.S.C. § 3500, et seq.

2. Defense counsel shall not make any copies or duplicates of the grand jury material disclosed pursuant to this Order.

3. Except as permitted by Fed. R. Crim. P. 6(e), this Order, or any other court order, defense counsel shall not disclose any grand jury materials or the contents thereof to any other person, provided that, for the sole purpose of preparing for trial:

    a. defense counsel may use their knowledge of grand jury materials to interview prospective witnesses;

    b. defense counsel may show a prospective witness, or his or her own counsel, a transcript of that witness' <u>own</u> testimony; and

    c. defense counsel may allow secretaries, clerical workers, paralegals, contract personnel and experts, retained to assist in the preparation of this case for trial, to view grand jury materials solely for the purpose of preparing for the trial of this case.

4. Except as permitted by Fed. R. Crim. P. 6(e), each person to whom grand jury materials have been shown or their contents disclosed pursuant to Paragraph 3 of this Order, shall be informed of his or her responsibilities under this Order by defense counsel and shall not disclose the contents thereof to anyone other than counsel for the parties or his or her own counsel, who shall not be permitted to further disclose such material.

5. Nothing contained herein shall restrict or prevent any party from offering any materials into evidence or citing any materials in papers filed in this case.

6. All grand jury materials disclosed pursuant to this Order shall either be promptly destroyed or returned to the United States after this case is disposed of by trial, appeal, if any, or other resolution of the charges against Defendant.

DATED: 11/15/2013

HON. CLAUDIA WILKEN
United States District Judge

REQ. TO DISCLOSE AND [PROPOSED] ORDER
CR-13-00494 CW